# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**DEL'RICO JE'PIN CORTEZ,**
    Plaintiff,

v.                                  **Case No. 1:25-cv-877-CLM**

**KELLY TURNER,** *et al.*,
    Defendants,

## MEMORANDUM OPINION

    Pro se plaintiff Del'Rico Je'Pin Cortez sues four defendants for alleged civil rights violations and moves for leave to proceed in forma pauperis. (Docs. 2, 9). After screening his documents under 28 U.S.C. § 1915, the court deferred ruling on Cortez's in forma pauperis application and ordered Cortez to file an amended complaint by June 25, 2025. (Doc. 5). Cortez filed his amended complaint (doc. 9), and having reviewed it and the record, the court finds Cortez fails to state a claim upon which relief can be granted. Cortez has now twice failed to adequately set forth any specific facts that might state a claim for relief. And Cortez's amended complaint does not substantively address many of the issues the court identified, including his need to explain each defendant's role in violating his rights, any protected status he claims to have, and what specific rights he claims were violated.

    For these reasons, including the reasons the court previously identified, *see* (doc. 5), the court **DISMISSES** this case. The court will enter a separate order consistent with this opinion.  The court **ORDERS** the Clerk of Court to send a copy of this order to Cortez at his address of record.

    **Done** and **Ordered** on **July 23, 2025.**

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDG

1